UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICARDO BRYAN,
    Plaintiff,

vs.                                          Case No.:  3:21cv842/LAC/ZCB

TAMMY MATTHEWS, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 19, 2023.  (Doc. 95).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 95) is adopted and incorporated by reference in this order.

2.    The Medical Defendants' motion for summary judgment (Doc. 71) and the County Defendants' motion to dismiss (Doc. 64) are **GRANTED**.

Plaintiff's Fourth Amended Complaint (Doc. 32) is **DISMISSED without prejudice** as a malicious abuse of the judicial process under 28 U.S.C. § 1915A(b)(1) for failure to accurately disclose litigation history.  To the extent that the following claims would be barred from refiling by the statute of limitations (and effectively be with prejudice dismissals), they are alternatively dismissed with prejudice because they lack merit:

    i. Plaintiff's Eighth Amendment claims against the Medical Defendants for alleged failure to provide mental health treatment;

    ii. Plaintiff's Eighth Amendment claims against the Medical Defendants, and Okaloosa County for alleged failure to provide eyeglasses;

    iii. Plaintiff's First Amendment claims against the individual County Defendants and Okaloosa County for alleged denial of access to the courts; and

    iv. Plaintiff's First Amendment claims against the individual County Defendants and Okaloosa County for alleged interference with Plaintiff's rights to free speech.

3. The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 31st day of January, 2024.

                         *s/L.A. Collier*
                         **LACEY A. COLLIER**
                         **SENIOR UNITED STATES DISTRICT JUDGE**